IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PATRICK BECK,

    Plaintiff,

vs.                                                                                                                                   No. CIV 23-0154 JB/LF

U.S. GOVERNMENT,

    Defendant.

**MEMORANDUM OPINION AND ORDER**

**THIS MATTER** comes before the Court on the Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, filed February 22, 2023 (Doc. 2)("IFP Application"). In the IFP Application, Plaintiff Patrick Beck seeks to prosecute his Complaint for Civil Rights Violations, filed February 22, 2023 (Doc. 1)("Complaint"), without prepaying the $402.00 civil filing fee. See IFP Application at 1. The Court may grant in forma pauperis relief only when an inmate's "affidavit that includes a statement of all assets [the] prisoner possesses" demonstrates "that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Beck's financial statement reflects that he has $1,410.41 in his inmate spending account and can afford to pay the filing fee. See IFP Application at 4 (attaching Cibola County Correctional Center Inmate Account Summary 09/29/2022 to 02/01/2023). The Court therefore will deny the IFP Application. Beck shall pay the $402.00 filing fee within thirty days of this Memorandum Opinion and Order's entry. By the same deadline, Beck also must confirm his current address, as the United States Postal Service returned a recent mailing to Beck as undeliverable. See Returned Mail Envelope, filed March 9, 2023 (Doc. 5). The failure timely to comply with this Memorandum Opinion and Order will result in the dismissal of this action

without further notice.

      **IT IS ORDERED** that: (i) the Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, filed February 22, 2023 (Doc. 2), is denied; (ii) Plaintiff Patrick Beck must prepay the $402.00 filing fee within thirty days of this Memorandum Opinion and Order's entry; and (iii) Beck must notify the Clerk of the Court in writing of his current address within thirty days of this Memorandum Opinion and Order's entry.

                                      _____
                                      UNITED STATES DISTRICT JUDGE

*Parties:*

Patrick Beck
Milan, New Mexico

      *Plaintiff pro se*