# UNITED STATES DISTRICT Court IN THE DISTRICT OF NEW MEXICO

**FILED** UNITED STATES DISTRICT COURT ALBUQUERQUE, NEW MEXICO
DEC 28 2023
MITCHELL R. ELFERS
CLERK

Patrick BECK v. STATE OF NEW MEXICO   Cases 1:22-MJ-01089
1:23-MJ-00180
23-CV-00154

## Affidavit of Truth and Notice of Rescission

The following is Truth that:

I, Patrick Beck, flesh and blood child of God Almighty, of age and majority, competent in his own right swear and declare, Patrick Beck of the cases named above was the injured party in The State of New Mexico. Cases 1:22-MJ-01089 and 1:23-MJ-00180 are an attempt to mislead the Defendant into believing that all actions against his person and property, were other than fraudulent and misleading.

A contract, whether oral or written, can be rescinded on the grounds of fraud, mistake, or incapacity. The rule the rescission must be prompt does not operate where an excuse or justification for a delay is shown (Imprisonment and withheld information). "The injured party to such a contract has in equity the right."

- To rescind the contract whereupon they can obtain an "indemnity" against expenses incurred because of the obligation in the contract;

- To resist successfully an action for specific performance of the contract.

- An equitable remedy available in the case of both fraudulent and innocent misrepresentation.

①

- Amounts to setting the contract aside and restoring the parties to the position they occupied before the contract was made.

- The right is lost if the party entitled to rescind affirms the contract after being notified or becoming aware of the falsity of misrepresentation. "Meaning, that if I know of the falsity of representation before affirming the contract then the right of remedy to rescission is mine".

3-202. NEGOTIATION SUBJECT TO RESCISION(ii) By fraud, duress, or mistake. Patrick Beck of case numbers as listed, was not made aware that he is being charged with a commercial crime and no evidence was presented that the defendant was in breach of any commercial agreement.

27 CFR 72.11 COMMERCIAL CRIMES: Any of the following types of crimes (Federal or State); Offenses against the revenue laws; burglary; counterfeiting; forgery; kidnapping; larceny; robbery; illegal sale or possession of deadly weapons; prostitution (including soliciting, procuring, pandering, pandering, white slaving; keep house of ill fame) and conspiring to commit, or compounding any of the foregoing crimes. Addiction to narcotic drugs and use of marijuana will be treated as if such were a commercial crime.

The "meeting of the minds" that is required to make a contract is not predicated on the subjective purpose or intention of one of the parties that is not brought to the attention

②

The Fraud:

1.) The use of the name "Patrick Beck" in all capital letters without "me/my/mine" - Patrick Beck's consent "I am not a legal Fiction of trust".

2.) No State shall impair the law of contract

Further moves: Let the record show that the actions against me were criminal actions. The Constitution grants the courts two criminal Jurisdictions, one is a criminal Jurisdiction under admiralty or maritime or military tribunal venue from article 1 Section 8 clause 17. Let the record then show that the criminal action against me was under admiralty or military tribunal venue, however, no such Venue or Jurisdiction can exist without first having a valid international contract in dispute that I am a party to, therefore no Jurisdiction of/or defendant exists against Patrick Beck.

For it can't be under common law because there is no sworn complaint by an injured party and no injured party was present. If the State claims to be a party to the case then the State cannot also be the prosecutor and the Judge; Nor can it be statutory Jurisdiction of criminal procedure under a Statutory Jurisdiction.

Relief has been sought and all post detention hearing waiver agreements, including the preliminary hearing waiver, and negotiations are now null and void. This action taken by the injured party is a lawful action and remedy

③

in lieu of filing title 18 crimes and criminal procedures.

Patrick Beck Beneficiary (not trustee)
UCC 1-207.4 "without prejudice"

Commercial Oath and verification

I, Patrick Beck declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the above stated FACTS are TRUE, correct, and to the best of my knowledge and belief under my unlimited and commercial oath. Thereof, proceeding in good faith of being of sound mind states the FACTS are complete and not misleading to the best of the Libellant's knowledge and belief under penalty of International Commerce Law.

By: Patrick Beck agent, libellant UCC 3-402(b)(i)

Executed on this 25th Day of December, 2023

Respectfully submitted,
Patrick Beck
Patrick Beck, Pro SE
#08924510
Federal Medical Center
P.O. Box 15330
Fort Worth, TX 76119

Patrick Becik #08934510
Federal Medical Center
P.O. Box 15330
Fort Worth, TX 76119

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 29 2023

MITCHELL R. ELFERS
CLERK

NORTH TEXAS TX PSDC
DALLAS TX 750
26 DEC 2023 PM 3 L

U.S. Courthouse
District of New Mexico
Office of Clerk
Suite 270
333 Lomas Blvd, NW
Albuquerque, NM 87210

87102-227470

