IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PATRICK BECK,

    Plaintiff,

vs.                                                                                     No. CIV 23-0154 JB/LF

THE GOVERNMENT,
UNITED STATES OF AMERICA,

    Defendants.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on: (i) the Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, filed April 9, 2025 (Doc. 44)("Motion for Injunction"); (ii) the Plaintiff's Letter Requesting Leave to Exceed Page Limitations, filed April 25, 2025 (Doc. 45)("Motion to Exceed Page Limitations"); and (iii) the Plaintiff's Urgent Notice and Request for Emergency Relief, filed November 21, 2025 (Doc 46)("Motion Regarding Competency"). When the Court cites all these motions together, the Court refers to the Motion for Injunction, Motion to Exceed Page Limitations, and Motion Regarding Competency as the "Motions."

Plaintiff Patrick Beck is a federal pretrial detainee and is proceeding pro se. Notice Regarding Custody and Change of Address at 1, filed January 9, 2026 (Doc. 50). Beck files the Motions in this civil rights case, which the Court previously stays pending the outcome of his federal competency proceedings and/or the restoration of Beck's competency in his federal criminal case. See Memorandum Opinion and Order at 1, filed July 12, 2024 (Doc. 40)("MOO Staying Civil Case"). The federal criminal record reflects that the United States of America has not restored Beck to competency. Beck's competency proceeding and federal criminal case are

pending before the Honorable David Urias, United States District Judge for the United States District Court for the District of New Mexico. See United States v. Beck, No. 24-cr-1207 DHU. Judge Urias determines that Beck is not competent to stand trial and that additional efforts to restore him to competency are unlikely to be successful at this time. See United States v. Beck, No. CR 24-1207 DHU, Sealed Order Directing a Dangerousness Evaluation Under 18 U.S.C. § 4246 at 13, filed November 14, 2025 (CR Doc. 141)("Order Directing Evaluation"). Judge Urias orders Beck to undergo a dangerousness assessment pursuant to 18 U.S.C. § 4246 to determine whether his release will create a risk to the community. See Order Directing Evaluation at 13. Beck appeals the Order Directing Evaluation, and the matter is pending before the United States Court of Appeals for the Tenth Circuit. See United States v. Beck, No. CR 24-1207 DHU, Notice of Appeal, filed November 18, 2025 (CR Doc. 143).

The Court directs Beck not to submit filings in this civil rights case while the above-mentioned criminal matters are pending. The MOO Staying Civil Case states:

> The Court reminds Beck that he should not . . . submit notices, requests, or motions for civil relief while this case is stayed. Beck is subject to orders striking all pro se submissions in his pending criminal cases, No. MJ 22-1089 DHU and No. MJ 23-0180 DHU. See Text-Only Order, entered October 31, 2023, in No. MJ 22-1089 DHU; Text-Only Order, entered October 31, 2023, in No. MJ 23-0180 DHU. While the Court has not imposed restrictions in this civil case, it also may elect to strike any requests/motions for relief that Beck files while the case is stayed. Beck may seek additional substantive or procedural relief in this case after the stay is lifted.

See MOO Staying Civil Case at 7.

Consistent with this ruling -- and because the Motions primarily seek relief relating to the criminal case -- the Court denies the Motions without prejudice. Beck must direct any arguments regarding his competency, his dangerousness, or his requested release to his criminal defense attorney. Beck may file a single motion in this case to lift the stay, if he seeks such relief. Beck limit the motion to twenty-seven pages in length and must focus on how Beck intends to proceed

-2-

-3-

in this civil rights case.  The motion should not raise arguments regarding Beck's criminal case or the criminal rulings.

**IT IS ORDERED** that: (i) the Court denies without prejudice the Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order, filed April 9, 2025 (Doc. 44); (ii) the requests in the Plaintiff's Letter Requesting Leave to Exceed Page Limitations, filed April 25, 2025 (Doc. 45), are denied without prejudice; (iii) the requests in the Plaintiff's Urgent Notice and Request for Emergency Relief, filed November 21, 2025 (Doc 46), are denied without prejudice; and (iv) the Plaintiff may file a single, twenty-seven page motion in this case to lift the stay, if he seeks such relief.

_____
UNITED STATES DISTRICT JUDGE

*Parties:*

*Plaintiff Pro Se*:

Patrick Beck
Springfield, Missouri

-3-